IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 08-cr-00524-PAB

UNITED STATES OF AMERICA

        Plaintiff,

v.

2.  TERRY SAMUEL,

        Defendant.
_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

        This matter has been scheduled for a four-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th

Street, Denver, Colorado, to commence on **March 2, 2009 at 8:00 a.m.**  It is

        ORDERED that all pretrial motions shall be filed by **February 17, 2009** and

responses to these motions shall be filed by **February 24, 2009**.  It is further

        ORDERED that a Trial Preparation Conference is set for **February 20, 2009 at

11:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in

person.

        The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

        1)      jury selection;

        2)      sequestration of witnesses;

        3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.


DATED February 2, 2009.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge