IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00524-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER STEWART,
2. TERRY SAMUEL,

    Defendants.

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Upon petition of the United States and for good cause shown, it is hereby ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring said United States Marshal to produce the body of Cyril Packer, before United States District Judge Philip A. Brimmer, forthwith, in the above-captioned cause, and to hold him at all times in custody and from day to day thereafter until no longer needed, for trial in the United States District Court for the District of Colorado in the above-entitled case, and then return the witness to the institution where he is now confined, under safe and secure conduct

DATED at Denver, Colorado, this 21st day of April, 2009.

                                                                             BY THE COURT:

                                                                             *s/Craig B. Shaffer*
                                                                             Craig B. Shaffer
                                                                             United States Magistrate Judge.