# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00524-PAB-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  TERRY SAMUEL,

      Defendant.

_____

## MINUTE ORDER SETTING CHANGE OF PLEA HEARING
_____

**Order entered by Judge Philip A. Brimmer**

A Notice of Disposition was filed on **May 12, 2009** [Docket No. 79].  A Change of Plea hearing is set for **May 27, 2009 at 1:30 p.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The Plea Agreement and Statement Relevant to Sentencing required by D.C.COLO.LCrR 11.1C (in the form prescribed by Appendix J) shall include also a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  It is further

ORDERED that the Trial Preparation Conference previously scheduled for **May 27, 2009 at 1:30 p.m.** is VACATED.

DATED May 15, 2009.