**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

Courtroom Deputy: Kathy Preuitt-Parks          Date: August 21, 2009
Court Reporter: Janet Coppock                          Time: 26 minutes
Probation Officer: Michelle Means                   Interpreter: n/a

**CASE NO.   08-CR-00524-PAB**

Parties                                                                    Counsel

**UNITED STATES OF AMERICA,**                          Kasandra Carleton
                                                                               David Conner


            Plaintiff,

vs.

**TERRY SAMUEL,**                                              Mark Johnson
**aka "Tex,"**



            Defendant.

**SENTENCING**

**10:04 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
08-CR-00524-PAB
August 21, 2009

**ORDERED:** Defendant's Motion to Supplement (Doc #109), filed 8/19/09 is **GRANTED** and the record should reflect that the Court has reviewed those documents.

**Defendant's Motion Requesting a Variant Non-Guideline Sentence Pursuant to Section 3553(a)(6) (Doc #103), filed 8/10/09.**

**Government's Motion for Downward Departure (Doc #104), filed 8/12/09.**

Mr. Johnson addresses sentencing and comments in support of defendant's motion.

Ms. Carleton addresses sentencing and comments in support of the Government's motion.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion Requesting a Variant Non-Guideline Sentence Pursuant to Section 3553(a)(6) (Doc #103), filed 8/10/09 is **DENIED.**

**ORDERED:** Government's Motion for Downward Departure (Doc #104), filed 8/12/09 is **GRANTED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **May 27, 2009** to counts **One and Three of the Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **126** months, as to counts one and three, to be served concurrently.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years, as to counts one and three, to be served concurrently.

Page Three
08-CR-00524-PAB
August 21, 2009

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

Page Four
08-CR-00524-PAB
August 21, 2009

**ORDERED:**  Defendant shall make **restitution** as follows:

> $ **62,602.00**  to   **Washington Mutual Bank**
> **Attn: Cheryl Cimperman**
> **Fraud Recovery Investigations**
> **JP Morgan Chase & CO.**
> **OH1-0612**
> **1111 Polaris Parkway, 2L**
> **Columbus, Ohio 43240**

Defendant shall make restitution payments in equal monthly installments of at least **$25.00** during term of supervised release. Interest on restitution is WAIVED.

**ORDERED:**  Government's Motion for Acceptance of Responsibility (Doc #105), filed 8/13/09 is **GRANTED.**

**ORDERED:**  Government's Motion to Dismiss Counts Two and Four of the Indictment (Doc #106), filed 8/13/09 is **GRANTED.**

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:**  A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**10:30 a.m.    COURT IN RECESS**

**Total in court time:        26 minutes**

**Hearing concluded**